UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62096-BLOOM/Valle

WILLIAM POOLE, JR,

    Plaintiff,
v.

COFAB PROPERTIES INCORPORATED,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on September 1, 2016. ECF No. [1]. On December 9, 2016, this Court entered an Order, ECF No. [26], requiring Plaintiff to file a Motion for Default Final Judgment or a Notice of Joint Liability on or before December 27, 2016 as to Defendant. Plaintiff failed to comply, and the Court entered a second order requiring Plaintiff to file a Motion for Default Final Judgment or a Notice of Joint Liability on or before January 5, 2017. ECF No. [27]. Plaintiff again failed to comply and the Court entered a third order requiring Plaintiff to file a Motion for Default Final Judgment or a Notice of Joint Liability on or before January 20, 2017. ECF No. [28]. The Court twice informed Plaintiff that failure to comply would result in dismissal without prejudice and without further notice. ECF Nos. [27], [28]. The time for compliance has again passed and, to date, Plaintiff has failed to file the documents nor has the Plaintiff asked for an extension of time by which to do so.

It is therefore **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

Case No. 16-cv-62096-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 27th day of January, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
William Poole, Jr
1016 NE 17th Avenue
Apt 4
Ft Lauderdale, FL 33304